Michael Eugene OWENS, d/b/a The
Pink House at Charlotte, d/b/a Pink
Tie Ball, d/b/a Dress Like a Winner,
d/b/a Owen's Hauling Company, d/b/a
The Owen's Report, d/b/a Ties on
Wheels, d/b/a Yomon, Plaintiff–Appel-
lant,

v.

MAJOR LEAGUE BASEBALL; Nation-
al Basketball Association; National
Football League; Rob Manfred; Na-
tional Hockey League; Adam Silver;
Mark A. Tatum; Attila Gazdag; Rog-

---

er Goodell; Dave Gardi; Troy Vincent; Paul J. Tagliabue; Gary B. Battman; Dan Marr; John O'Neal; Colin Capbell; John Collins; Nascar Headquarters; Brian France; Mike Helton; Ladies Professional Golf Association; Michael Whan; Professional Golf Association of America; Peter Bevacqua; Derek Spraque, Defendants–Appellees.

No. 15–1368.

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 22, 2015.

Michael Eugene Owens, Appellant Pro Se.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Owens appeals the district court's order dismissing his copyright infringement complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Owens v. Major League Baseball,* No. 3:15–cv–00102–GCM (W.D.N.C. Apr. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*